### 24973. HEAD v. GULF OIL CORPORATION.

GRICE, Justice. The notice of appeal in this case fails to designate any judgment or order as the ruling from which the appeal is taken. Therefore, the motion to dismiss the appeal, urging such omission, must be granted. *Gibson v. Hodges*, 221 Ga. 779, 782 (147 SE2d 329) ; *Williams v. Keebler*, 222 Ga. 437, 438 (150 SE2d 674) ; *Davis v. Davis*, 224 Ga. 740 (164 SE2d 816).

*Appeal dismissed. All the Justices concur.*

SUBMITTED DECEMBER 9, 1968—DECIDED JANUARY 9, 1969.

*H. Scott Schmid*, for appellant.
*Erwin, Birchmore & Epting, Nickolas Chilivis*, for appellee.